# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00448-CV

**D. J. and A. S., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 300,832-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. J. filed her notice of appeal on July 5, 2019. The appellate record was complete on July 15, 2019, making appellant D. J.'s brief due on August 5, 2019. To date, appellant D. J.'s brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order appellant D.J. to file her brief no later than August 26, 2019. If the brief is not filed by that date, the case may proceed on appellant A. S.'s brief alone.

It is ordered on August 20, 2019.


Before Chief Justice Rose, Justices Triana and Smith